# UNITED STATES DISTRICT COURT

Eastern                              District of                    North Carolina

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For Organizational Defendants) |
| Hikmat Shadman Logistics Services Company | CASE NUMBER:  5:18-CR-492-1BO |

CASE NUMBER:  5:18-CR-492-1BO

Joseph E. Zezsotarski, Jr.
_____
Defendant Organization's Attorney

## THE DEFENDANT ORGANIZATION:

☑ pleaded guilty to count(s)    1, 2, and 3 of the Criminal Infomration

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Offenses Against the United States | 4/30/2009 | 1 |
| 18 U.S.C. § 201(c)(1) | Give, Offer, and Payment of Gratuities to a Public Official | 4/30/2009 | 2 |
| 18 U.S.C. § 201(c)(1) | Give, Offer, and Payment of Gratuities to a Public Official | 4/30/2009 | 3 |

The defendant organization is sentenced as provided in pages 2 through    6    of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____

☐ Count(s) _____  ☐ is  ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.:    None
_____

Defendant Organization's Principal Business Address:

KAF Office, Local Contractors Compound
Opposite ECP5
Kandahar Airfield
Kandahar, Afghanistan

1/3/2019
_____
Date of Imposition of Judgment


_____
Signature of Judge

Terrence W. Boyle            Chief    U.S. District Judge
_____
Name of Judge                        Title of Judge


_____
Date

Defendant Organization's Mailing Address:

Gammon, Howard & Zeszotarski, PLLC
C/O Joseph E. Zeszotarski, Jr., Esquire
115 1/2 West Morgan St.
Raleigh, NC 27601

DEFENDANT ORGANIZATION:  Hikmat Shadman Logistics Services Company
CASE NUMBER:  5:18-CR-492-1BO

## PROBATION

The defendant organization is hereby sentenced to probation for a term of :

5 years on Counts 1, 2, and 3, all to run concurrently

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with   any additional conditions on the attached page (if indicated below).

See Following Page -

## STANDARD CONDITIONS OF SUPERVISION

1)  within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2)  the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3)  the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4)  the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5)  the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6)  the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7)  the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

DEFENDANT ORGANIZATION:   Hikmat Shadman Logistics Services Company
CASE NUMBER:   5:18-CR-492-1BO

# ADDITIONAL PROBATION TERMS

The defendant is debarred from any federal contracts during the period of probation.

The defendant is ordered not to contest debarment proceedings, if such proceedings are initiated.

The defendant will not engage in business within the United States while on probation.

The following corporate officers shall not travel, or apply for a visa to travel, to the United States:

| First Name (English) | Last Name (English) | Father's Name (English) | Grandfather's Name (English) | Country |
|---|---|---|---|---|
| Hikmatullah | Shadman | Saadullah | Faiz Mohammaz | Afghanistan |
| Rohullah | | Saadullah | Faiz Mohammaz | Afghanistan |
| Najibullah | | Saadullah | Faiz Mohammaz | Afghanistan |
| Ahmadullah | | Atta Mohammad | Unknown | Unknown |

DEFENDANT ORGANIZATION: Hikmat Shadman Logistics Services Company
CASE NUMBER: 5:18-CR-492-1BO

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 1,200.00 | $ 810,000.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTALS | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☑ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the  ☐ fine  ☐ restitution.

☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT ORGANIZATION:  Hikmat Shadman Logistics Services Company
CASE NUMBER:  5:18-CR-492-1BO

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

The defendant shall pay a total fine to the United States of $810,000.00.  The fines are imposed as follows:

Count 1: $270,000.00

Count 2: $270,000.00

Count 3: $270,000.00

DEFENDANT ORGANIZATION:  Hikmat Shadman Logistics Services Company

Judgment — Page  6  of  6

CASE NUMBER:  5:18-CR-492-1BO

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  ☐  Lump sum payment of $ ___810,000.00___ due immediately, balance due

  ☐  not later than _____ , or
  ☐  in accordance with  ☐  C or  ☐  D below; or

**B**  ☐  Payment to begin immediately (may be combined with  ☐ C or  ☐ D below); or

**C**  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☑  Special instructions regarding the payment of criminal monetary penalties:

  The defendant is ordered to pay the fine and forfeiture from the monies currently restrained in the matter of United States v. Sum of $70,990,605, et al., Case No. 12-cv-01905.

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

  Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant organization shall pay the cost of prosecution.

☐  The defendant organization shall pay the following court cost(s):

☑  The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

  United States currency in the amount of $190,000

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.